UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-25155-UU

**LAZARO LOPEZ, ELOY BURGUES,**
**GIAN CARLOS ARENCIBA** and
**LAZARO PEREZ**, on behalf of themselves,
individually, and on behalf of all others
similarly situated who consent to their
inclusion,

    Plaintiffs,

vs.

**ELITE HVAC GROUP, LLC,**
**AIR PROS BLUE STAR, LLC,** and
**AIR PROS, LLC**,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS
## AIR PROS BLUE STAR, LLC & AIR PROS, LLC

COMES NOW, Valerie Barnhart, Esq., Brody Shulman, Esq., and Perera Barnhart Alemán (collectively the "Firm"), counsel for Defendants AIR PROS BLUE STAR, LLC & AIR PROS, LLC ("Defendants"), and hereby moves this Honorable Court to enter an Order granting the Firm leave to withdraw as counsel for Defendants in the above-styled action, and states:

    1.    The instant matter was filed on December 16, 2019, arising out of alleged violations of 29 U.S.C. § 201, *et seq.*, the Fair Labor Standards Act and of Florida Statute § 448.110.

    2.    Irreconcilable differences have arisen between the Defendants and the Firm, such that the Firm is unable to continue representing the Defendants herein.

1 | P a g e

PERERA BARNHART ALEMÁN
12555 Orange Drive· Second Floor · Davie, FL 33330
300 Sevilla Avenue · Suite 206 · Coral Gables, FL 33134
(786) 485.5232 · www.PBA-Law.com

3. Pursuant to Local Rule 11.1(d)(3)(A), the undersigned counsel certifies that a notice of withdrawal as counsel has been served on the Defendants and opposing counsel.

4. Defendants have consented to the withdrawal.

5. Pursuant to Local Rule 11.1(d)(3)(A), the current mailing addresses for the Defendants are:

AIR PROS BLUE STAR, LLC<br>
3801 SW 47TH AVE #504<br>
DAVIE, FL 33314

AIR PROS, LLC<br>
PO BOX 291676<br>
DAVIE, FL 33328

6. Undersigned counsel requests that Defendants be given a reasonable amount of time within which to obtain new counsel.

WHEREFORE, the undersigned counsel prays this Honorable Court will enter an order permitting the withdrawal of the undersigned counsel and the Firm for Defendants relieving the undersigned counsel of any further and other responsibilities in this case.

### CERTIFICATE OF CONFERENCE WITH COUNSEL

Undersigned counsel hereby certifies that he has conferred in good faith with counsel for Plaintiffs. Plaintiffs have no objection to the undersigned counsel and Firm withdrawing from this case.

2 | P a g e

PERERA BARNHART ALEMÁN
12555 Orange Drive· Second Floor · Davie, FL 33330
300 Sevilla Avenue · Suite 206 · Coral Gables, FL 33134
(786) 485.5232 · www.PBA-Law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 9, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

*/s/ Valerie Barnhart*
Valerie Barnhart, Esq.
Florida Bar No. 88549
E-mail: valerie@pba-law.com
Brody M. Shulman, Esq.
Florida Bar No. 092013
E-mail: brody@pba-law.com
**PERERA BARNHART ALEMAN**
12401 Orange Drive, Suite 123
Davie, FL 33330
Telephone: (786) 485-5232
Attorneys for Defendants Air Pros Blue Star, LLC
and Air Pros Solutions, LLC

## SERVICE LIST

**United States District Court for the Southern District of Florida**
*Lazaro Lopez, et al. v. Solar Bear Services, LLC, et. al.*
**CASE NO.: 19-CV-25155-UU**

Jonathan Beckerman, Esq.
Christopher T. Perré, Esq.
Lewis Brisbois Bisgaard & Smith LLP
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: 954-728-1280
Facsimile: 954-728-1282
*Attorneys for Defendants Air Pros Blue Star, LLC & Air Pros, LLC*

Elvis J. Adan, Esq.
Email: elvis.adan@gallardolawyers.com
Gallardo Law Office, P.A.
8492 SW 8th Street
Miami, Florida 33113
Telephone: (305) 261-7000
Facsimile: (305) 261-0088
*Attorneys for Plaintiffs*

3 | P a g e

PERERA BARNHART ALEMÁN
12555 Orange Drive· Second Floor · Davie, FL 33330
300 Sevilla Avenue · Suite 206 · Coral Gables, FL 33134
(786) 485.5232 · www.PBA-Law.com