UNITED STATES DISTRICT COURT
SOUTHRN DISTRICT OF FLORIDA
CASE NO.: 19-cv-25155-UU

LAZARO LOPEZ, ELOY BURGUES,
GIAN CARLOS ARENCIBIA, AND
LAZARO PEREZ,

    Plaintiffs,

v.

AIR PROS SOLUTIONS, LLC., a Delaware Company;
AIR PROS BLUE STAR, LLC., a Florida Company;
AIR PROS, LLC., a Florida Company;

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiffs, by and through their undersigned attorney, and hereby file this Notice of Voluntary Dismissal without Prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served and filed through the CM/ECF system this 9th day of June, 2020.

    Respectfully submitted,

    **GALLARDO LAW OFFICE, P.A.**
    *Attorneys for Plaintiff*
    8492 SW 8th Street
    Miami, Florida 33144
    Telephone (305) 261-7000

    By: _____
    Elvis J. Adan, Esq.
    Florida Bar No. 22423
    Email: elvis.adan@gallardolawyers.com